**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID STRILEY, on behalf of plaintiff and the class defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 13 CV 214 |
| vs. | ) ) ) | Judge Gettleman |
| PERFORMANT RECOVERY, INC., | ) ) | Judge Gilbert |
| Defendant. | ) ) | |

**NOTICE OF SETTLEMENT**

Plaintiff hereby informs the Court that the parties have reached an individual settlement of this case. The parties will execute a settlement agreement and file a stipulation of dismissal shortly thereafter, dismissing Plaintiff's claims with prejudice and the claims of the putative class members without prejudice.

Respectfully submitted,

s/ Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Catherine A. Ceko, hereby certify that on October 22, 2013, a true and accurate copy of the foregoing document was filed electronically using the Court's CM/ECF system which will send electronic notice to the following parties:

>Clifford E. Yuknis
>cyuknis@hinshawlaw.com
>
>Katherine H. Tresley
>ktresley@hinshawlaw.com
>
>David M. Schultz
>dschultz@hinshawlaw.com

                                                                       s/ Catherine A. Ceko
                                                                       Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)