# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID STRILEY, on behalf of plaintiff and the class defined below, | ) ) ) ) |
| Plaintiff, | ) Case No.: 13 CV 214 ) ) Judge Gettleman |
| vs. | ) ) Magistrate Judge Gilbert |
| PERFORMANT RECOVERY, INC., | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff David Striley and Defendant Performant Recovery, Inc., hereby stipulate and agree that the individual claims included in the above-captioned case be dismissed without prejudice to convert to with prejudice within seven (7) days, and the claims of the putative class be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| /s/ Catherine A. Ceko | /s/ Clifford Yuknis |
| Catherine A. Ceko | Clifford Yuknis |
| | |
| Daniel A. Edelman | Clifford Yuknis |
| Cathleen M. Combs | Katherine H. Tresley |
| James O. Latturner | David M. Schultz |
| Catherine A. Ceko | HINSHAW & CULBERTSON, LLP |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 222 North LaSalle, Suite 300 |
| 120 South LaSalle, Suite 1800 | Chicago, IL 60601 |
| Chicago, IL 60603 | (312) 704-3000 |
| (312) 739-4200 | (312) 704-3001(FAX) |
| (312) 419-0379 (FAX) | |

**CERTIFICATE OF SERVICE**

      I, Catherine A. Ceko, hereby certify that on November 18, 2013, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and served via email to the following party:

Clifford Yuknis
Katherine H. Tresley
David M. Schultz

cyuknis@hinshawlaw.com
ktresley@hinshawlaw.com
dschultz@hinshawlaw.com

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

                                                          /s/ Catherine A. Ceko
                                                          Catherine A. Ceko